MICHAEL J. HASSEN (Bar No. 124823)
REALLAW, APC
mjhassen@reallaw.us
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Telephone: (925) 359-7500
Facsimile: (925) 557-7690

Attorneys for Plaintiff HECTOR RONALDO BARRIENTOS-LARIOS, individually and on behalf of all others similarly situated,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RONALDO BARRIENTOS-LARIOS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>RLI CORP., and Does 1 through 10,<br><br>            Defendants. | Case No. 2:20-cv-01749-TLN-EFB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT RLI CORP.'S MOTION TO DISMISS COMPLAINT AND ALL ASSOCIATED OPPOSITION AND REPLY DATES**<br><br>Date:   November 12, 2020<br>Time:   2:00 p.m.<br>Judge:  Honorable Troy L. Nunley<br>Ctrm:   2, 15th Floor |

    Pursuant to the stipulation of the Parties, **IT IS HEREBY ORDERED THAT:**

    a)    The hearing on the Motion is continued to November 12, 2020 at 2:00 p.m.;

    b)    Plaintiff's Opposition to the Motion shall be filed on or before

           October 29, 2020;

    c)    Defendants' Reply to the Motion shall be filed on or before

           November 5, 2020;

**IT IS SO ORDERED.**

DATED September 30, 2020

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MTD